| | |
|---|---|
| 1 | MICHAEL J. VARTAIN [SBN 92366] |
|   | STACEY L. LEASK [SBN 233281] |
| 2 | **VARTAIN LAW GROUP** |
|   | 601 Montgomery Street, Suite 540 |
| 3 | San Francisco, CA 94111-2608 |
|   | Telephone: [415] 391-1155 |
| 4 | Facsimile: [415] 391-1177 |
| 5 | Attorneys for Defendant |
|   | UNIVERSITY OF SAN FRANCISCO |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

JASON TECZA,
on behalf of himself,

    Plaintiff,

vs.

UNIVERSITY OF SAN FRANCISCO and
Does 1 through 100 inclusive,

    Defendants.

Case No.: C 09-03808 VRW

**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND THE DATE TO FILE A JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND ORDER [PROPOSED]**

| | |
|---|---|
| Conference Date: | January 21, 2010 |
| Time: | 3:30 p.m. |
| Location: | Ctrm. 6, 17th Floor |
| Judge: | Hon. Vaughn R. Walker |
| Case Removed: | August 21, 2009 |

**TECZA v. USF [USDC-ND C 09-03808 VRW] – STIPULATION TO CONTINUE THE INITIAL CMC AND THE DATE TO FILE A JOINT CMC STATEMENT; AND ORDER [PROPOSED]**

S:\Client\101 USF\036 Tecza\Pleadings\Federal Pleadings\Request to Continue CMC\StipulationandProposedOrder.doc

## STIPULATION

Defendant University of San Francisco ("the University") and Plaintiff Jason Tecza ("Plaintiff"), *in pro per*, hereby stipulate and agree as follows:

1. An Initial Case Management Conference is scheduled in this case for January 21, 2010 at 3:30 p.m., before the Honorable Judge Vaughn R. Walker. The Court directed the parties to file a Joint Case Management Statement one week prior to the Conference, on January 14, 2010.

2. On December 30, 2009, the Court issued an Order. The Order stated: "For the foregoing reasons, USF's motion to dismiss plaintiff's complaint is GRANTED. Plaintiff is granted leave to amend his complaint, where appropriate, in accordance with this Order on or before January 20, 2010."

3. Plaintiff has not filed an amended complaint since the issuance of the Court's Order as stated in paragraph 2 above.

4. Thus, no pleadings exist as to which the parties will meet and confer pursuant to Civil Local Rules 16-9 and 16-10. Accordingly, the parties request that the Court continue the Initial Case Management Conference and defer the filing of a Joint Case Management Conference Statement.

**SO STIPULATED:**

DATED: January 15, 2010        **VARTAIN LAW GROUP**

BY: _____
MICHAEL J. VARTAIN
STACEY L. LEASK
Attorneys for Defendant
UNIVERSITY OF SAN FRANCISCO

DATED: January 13, 2010

BY: _____
JASON TECZA, IN PRO PER

TECZA v. USF [USDC-ND C 09-03808 VRW] – STIPULATION TO CONTINUE THE INITIAL CMC AND THE DATE TO FILE A JOINT CMC STATEMENT; AND ORDER [PROPOSED]

S:\Client101\USF 036 Tecza\Pleadings\Federal Pleadings\Request to Continue CMC\Stipulation and Proposed Order.doc

-2-

**DECLARATION OF GOOD CAUSE**

I, Stacey L. Leask, do hereby declare under penalty of perjury under the laws of the United States that the facts set forth in the above stipulation are true and correct, and that such facts are sufficient to constitute good cause for the issuance of the proposed order set forth below.

Executed this 13th day of January 2010 in San Francisco, California.

_____
STACEY L. LEASK

**ORDER**

The Initial Case Management Conference Statement, currently set for January 21, 2010, at 3:30 p.m. in the above-entitled action, is hereby continued to <u>March 4, 2010 at 3:30 PM</u>.

The parties are directed to file a Joint Case Management Conference Statement one week prior to the conference.

SO ORDERED.

DATED: 1/14/2010

_____
HON.



TECZA v. USF [USDC-ND C 09-03808 VRW] – STIPULATION TO CONTINUE THE INITIAL CMC AND THE DATE TO FILE A JOINT CMC STATEMENT; AND ORDER [PROPOSED]

S:\Client\101 USF\036 Tecza\Pleadings\Federal Pleadings\Request to Continue CMC\StipulationandProposedOrder.doc

-3-