1  MICHAEL J. VARTAIN [SBN 92366]
   STACEY L. LEASK [SBN 233281]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone:  [415] 391-1155
4  Facsimile:   [415] 391-1177

5  Attorneys for Defendant
   UNIVERSITY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| JASON TECZA, on behalf of himself, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF SAN FRANCISCO and Does 1 through 100 inclusive, <br><br> Defendants. | Case No.:  C 09 – 03808 VRW <br><br> **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, THE DATE TO FILE A JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND THE ADR PROCESS DEADLINES; AND ORDER [PROPOSED]** <br><br> Conference Date: March 4, 2010 <br> Time: 3:30 p.m. <br> Location: Ctrm. 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker <br> Case Removed: August 21, 2009 |

---

**TECZA v. USF [USDC-ND C 09-03808 VRW] – STIPULATION TO CONT THE INITIAL CMC, DATE TO FILE A JOINT CMC AND THE ADR PROCESS DEADLINES; AND ORDER [PROPOSED]**
S:\Client\101 USF\036 Tecza\Pleadings\Federal Pleadings\Request to Continue CMC\StipulationandProposedOrder-CMC2.doc

## STIPULATION

Defendant University of San Francisco ("the University" and "USF") and Plaintiff Jason Tecza ("Plaintiff"), *in pro per*, hereby stipulate and agree as follows:

1. An Initial Case Management Conference is scheduled in this case for March 4, 2010 at 3:30 p.m., before the Honorable Judge Vaughn R. Walker. The Court directed the parties to file a Joint Case Management Statement one week prior to the Conference, on February 25, 2010.

2. On December 30, 2009, the Court issued an Order. The Order stated: "For the foregoing reasons, USF's motion to dismiss plaintiff's complaint is GRANTED. Plaintiff is granted leave to amend his complaint, where appropriate, in accordance with this Order on or before January 20, 2010."

3. On January 20, 2010, Plaintiff filed a Second Amended Complaint.

4. On January 29, 2010, USF filed a Motion to Dismiss the Second Amended Complaint and to Enter Final Judgment for the University. A hearing for said motion is scheduled to take place on April 8, 2010 at 10:00 a.m., before the Honorable Judge Vaughn R. Walker.

5. Thus, the pleadings as to which the parties will meet and confer pursuant to Civil Local Rules 16-9 and 16-10, are at issue pursuant to the pending motion to dismiss. Accordingly, the parties request that the Court continue the Initial Case Management Conference and defer the filing of a Joint Case Management Conference Statement and the ADR Process Deadlines.

SO STIPULATED:

DATED: February 1?, 2010            VARTAIN LAW GROUP

BY: _____
STACEY L. LEASK, Attorney for
UNIVERSITY OF SAN FRANCISCO

DATED: February 18, 2010

BY: _____
JASON TECZA, *IN PRO PER*

TECZA v. USF [USDC-ND C 09-03808 VRW] – STIPULATION TO CONT THE INITIAL CMC, DATE TO FILE A JOINT CMC AND THE ADR PROCESS DEADLINES; AND ORDER [PROPOSED]

S:\Client\101 USF\036 Tecza\Pleadings\Federal Pleadings\Request to Continue CMC\StipulationandProposedOrder-CMC2.doc    -2-

## DECLARATION OF GOOD CAUSE

I, Stacey L. Leask, do hereby declare under penalty of perjury under the laws of the United States that the facts set forth in the above stipulation are true and correct, and that such facts are sufficient to constitute good cause for the issuance of the proposed order set forth below.

Executed this ___ day of February 2010 in San Francisco, California.

_____
STACEY L. LEASK

## ORDER

The Initial Case Management Conference, currently set for March 4, 2010, at 3:30 p.m. in the above-entitled action, is hereby continued to __May 27, 2010 at 3:30 p.m.__.

The parties are directed to file a Joint Case Management Conference Statement one week prior to the conference.

The ADR Process Deadlines are continued in accordance with the date set for the Initial Case Management Conference.

SO ORDERED.

DATED: 2/22/2010



_____
HON. J[...]

TECZA v. USF [USDC-ND C 09-03808 VRW] – STIPULATION TO CONT THE INITIAL CMC, DATE TO FILE A JOINT CMC AND THE ADR PROCESS DEADLINES; AND ORDER [PROPOSED]

S:\Client\101 USF\036 Tecza\Pleadings\Federal Pleadings\Request to Continue CMC\StipulationandProposedOrder-CMC2.doc    -3-