1  MICHAEL J. VARTAIN [SBN 92366]
   WILLIAM C. TEELING [BAR ADMISSION PENDING]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 780
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile: [415] 391-1177

5  Attorneys for Defendant
   UNIVERSITY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| JASON TECZA, on behalf of himself, | Case No.: 3:09-cv-03808-RS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |
| UNIVERSITY OF SAN FRANCISCO and Does 1 through 100 inclusive, | |
| Defendants. | |

1   IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil
2  Procedure, Rule 41(a)(1)(A)(ii), by and between Plaintiff Jason Tecza and Defendant University
3  of San Francisco, that this action should be dismissed in its entirety, with prejudice. The parties
4  agree to bear their own costs and attorney fees.

6  DATED:  January 27, 2014

8                                                          BY: _____
9                                                                JASON TECZA
                                                                 Plaintiff

11 DATED:  January 19, 2014                **VARTAIN LAW GROUP**

13                                                          BY: _____
14                                                               MICHAEL J. VARTAIN
                                                                 WILLIAM C. TEELING
15                                                               Attorneys for Defendant
                                                                 UNIVERSITY OF SAN FRANCISCO

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
   DATED: January 28, 2014
4

5

6                                          BY: _____
                                               RICHARD SEEBORG
7                                              UNITED STATES DISTRICT JUDGE

---

TECZA V. USF [USDC-NORTHERN DISTRICT # 3:09-cv-03808-RS] –
STIPULATION OF DISMISSAL

-2-